**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Vincente LUNA–RAMIREZ, aka Vincent Luna, aka Ventura Macha–Luna, aka Vincente Luna, aka Vincent Ramirez–Luna, Defendant–Appellant.**

No. 03–30157.

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 8, 2003.*

Decided Dec. 12, 2003.

---

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

James M. Peters, United States Attorney's Office, Boise, ID, for Plaintiff–Appellee.

Greg S. Silvey, Esq., Boise, ID, for Defendant–Appellant.

Before GOODWIN, WALLACE and MCKEOWN, Circuit Judges.

## MEMORANDUM **

Vincente Luna–Ramirez appeals the judgment imposing a 57–month sentence pursuant to a guilty-plea conviction for illegal re-entry after deportation, in violation of 8 U.S.C. § 1326.

Luna–Ramirez contends that the extent of the district court's discretionary departure based on cultural assimilation was inadequate. Because we lack jurisdiction to review the extent of a downward departure, we dismiss the appeal. *See United States v. Riggins,* 40 F.3d 1055, 1058 (9th Cir.1994) (stating the extent to which a district court chooses to exercise its discretion to depart is not reviewable); *United States v. Vizcarra–Angulo,* 904 F.2d 22, 23 (9th Cir.1990) ("Defendants, however, may not appeal a sentence that falls below the guideline range because they are dissatisfied with the degree of departure imposed by the district court.").

DISMISSED.

------

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).